# EXHIBIT A

# Civil Cover Sheet

3

## Supreme Court of Pennsylvania
### Court of Common Pleas
#### County

| Montgomery | County |

| For Prothonotary Use Only: | TIME STAMP |
|---|---|
| Docket No.: 2018 - 01052 | |

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

**SECTION A**

**Commencement of Action:**
- ☐ Complaint
- ☒ Writ of Summons
- ☐ Transfer from Another Jurisdiction
- ☐ Petition
- ☐ Declaration of Taking

| Lead Plaintiff's Name:    Roberto Mendoza | Lead Defendant's Name:    TransUnion Rental Screening Solutions, Inc. |
|---|---|

**Are money damages requested?** ☒ Yes  ☐ No

**Dollar Amount Requested:** (check one)
- ☒ within arbitration limits
- ☐ outside arbitration limits

**Is this a Class Action Suit?** ☐ Yes  ☒ No

**Is this an MDJ Appeal?** ☐ Yes  ☒ No

Name of Plaintiff/Appellant's Attorney:    Vicki Piontek, Esq

☐ Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)

**SECTION B**

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE.** If you are making more than one type of claim, check the one that you consider most important.

**TORT** *(do not include Mass Tort)*
- ☐ Intentional
- ☐ Malicious Prosecution
- ☐ Motor Vehicle
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability *(does not include mass tort)*
- ☒ Slander/Libel/ Defamation
- ☒ Other:
  15 USC 1681 et. seq.

**MASS TORT**
- ☐ Asbestos
- ☐ Tobacco
- ☐ Toxic Tort - DES
- ☐ Toxic Tort - Implant
- ☐ Toxic Waste
- ☐ Other:

**PROFESSIONAL LIABLITY**
- ☐ Dental
- ☐ Legal
- ☐ Medical
- ☐ Other Professional:

**CONTRACT** *(do not include Judgments)*
- ☐ Buyer Plaintiff
- ☐ Debt Collection: Credit Card
- ☐ Debt Collection: Other

- ☐ Employment Dispute: Discrimination
- ☐ Employment Dispute: Other

- ☐ Other:

**REAL PROPERTY**
- ☐ Ejectment
- ☐ Eminent Domain/Condemnation
- ☐ Ground Rent
- ☐ Landlord/Tenant Dispute
- ☐ Mortgage Foreclosure: Residential
- ☐ Mortgage Foreclosure: Commercial
- ☐ Partition
- ☐ Quiet Title
- ☐ Other:

**CIVIL APPEALS**
Administrative Agencies
- ☐ Board of Assessment
- ☐ Board of Elections
- ☐ Dept. of Transportation
- ☐ Statutory Appeal: Other

- ☐ Zoning Board
- ☐ Other:

**MISCELLANEOUS**
- ☐ Common Law/Statutory Arbitration
- ☐ Declaratory Judgment
- ☐ Mandamus
- ☐ Non-Domestic Relations Restraining Order
- ☐ Quo Warranto
- ☐ Replevin
- ☐ Other:

*Updated 1/1/2011*

2018-01052-0000  1/23/2018 8:41 AM  # 11619802
Rcpt#Z2312463  Fee:30.00  Summons Civil Action
Main (Public)
MontCo Prothonotary



# EXHIBIT B

# Precipe To Issue Writ Of Summons

IN THE COURT OF COMMON PLEAS
OF MONTGOMERY COUNTY, PENNSYLVANIA
CIVIL ACTION-LAW

| | | |
|---|---|---|
| Roberto Mendoza | : | |
| 447 E Airy Street | : | Jury Trial Demanded |
| Norristown, PA 19401-5124 | : | |
| Plaintiff | : | |
| | : | 2018-01052 |
| v. | : | |
| TransUnion Rental Screening Solutions, Inc. | : | |
| 6430 South Fiddlers Green Circle, Suite 500 | : | |
| Greenwood Village, CO 80111 | : | |
| Defendant(s) | : | |

**PRECIPE TO ISSUE WRIT OF SUMMONS**

To: The Prothonotary:

Kindly issue a writ of summons against the Defendant(s) captioned above.  Thank you.


_Vicki Piontek_     1-17-18
Vicki Piontek, Esquire          Date
Attorney for Plaintiff
951 Allentown Road
Lansdale, PA 19446
877-737-8617
palaw@justice.com
Fax: 866-408-6735

# EXHIBIT C

# Writ Of Summons

IN THE COURT OF COMMON PLEAS
OF MONTGOMERY COUNTY, PENNSYLVANIA
CIVIL ACTION-LAW

Roberto Mendoza                                :
447 E Airy Street                              :
Norristown,PA 19401-5124                       :        Jury Trial Demanded
                              Plaintiff        :
v.                                             :
TransUnion Rental Screening Solutions, Inc.    :        2018- 01052
6430 South Fiddlers Green Circle, Suite 500    :
Greenwood Village, CO 80111                    :
                              Defendant(s)     :

**WRIT OF SUMMONS**

TO:   TransUnion Rental Screening Solutions, Inc.
      6430 South Fiddlers Green Circle, Suite 500
      Greenwood Village, CO 80111

You are notified that Roberto Mendoza has commenced an action against you, pursuant
to 15 USC 1681 et. seq., also known as the Fair Credit Reporting Act, and the Fair and
Accurate Credit Transactions Act.

SEAL OF THE COURT

_____          01/23/2018
Prothonotary                     Date


By _____