

OFFICE OF THE PROTHONOTARY

**MARK LEVY**
PROTHONOTARY

**ANGELINA S. FOCHT**
FIRST DEPUTY

## COUNTY OF MONTGOMERY

COURT HOUSE
P.O BOX 311
NORRISTOWN, PENNSYLVANIA
19404-0311

Date: 05/16/2018

Case #: 2018-01052

ROBERTO MENDOZA

vs.

TRANSUNION RENTAL SCREENING SOLUTIONS, INC.

BY ORDER OF THE COURT, DATED 05/09/2018   THE ABOVE MATTER HAS BEEN TRANSFERRED TO THE UNITED STATES DISTRICT COURT FOR EASTERN DISTRICT OF PENNSYLVANIA.

I AM ACCORDINGLY SENDING YOU HEREWITH CERTIFIED COPIES OF DOCKET ENTRIES AND ALL RECORDED PAPERS ON THE ENCLOSED CD.

VERY TRULY YOURS

MARISSA LOBB

APPEALS   CLERK

ENCLOSURE:  CERTIFIED DOCKET ENTRIES AND CD



2018-01052-0003  5/16/2018 9:16 AM  # 11783401
Rcpt#Z3395076  Fee:$0.00  Papers forwarded to
Main (Public)
MontCo Prothonotary

CERTIFIED MAIL NO.  7017 1000 0000 5885 7706

Case #2018-01052

| | |
|---|---|
| Case Number | 2018-01052 |
| Commencement Date | 1/23/2018 |
| Case Type | Summons Civil Action |
| PFA Number | |
| Caption Plaintiff | MENDOZA, ROBERTO |
| Caption Defendant | TRANSUNION RENTAL SCREENING SOLUTIONS INC |
| Lis Pendens Indicator | No |
| Status | 6 - CLOSED |
| Judge | WEILHEIMER |
| Remarks | |
| Sealed | No |
| Interpreter Needed | |

CERTIFIED FROM THE RECORDS OF THE PROTHONOTARY, COURT OF COMMON PLEAS, MONTGOMERY COUNTY, PA
MARK LEVY, PROTHONOTARY
DATE: 5/16/18   CLERK

## Plaintiffs

| Name | Address | Country | Counsel | Notify | Sequence |
|---|---|---|---|---|---|
| MENDOZA, ROBERTO | 447 E AIRY STREET NORRISTOWN, PA 19401-5124 UNITED STATES | UNITED STATES | PIONTEK, VICKI | Yes | 1 |

## Defendants

| Name | Address | Country | Counsel | Notify | Sequence |
|---|---|---|---|---|---|
| TRANSUNION RENTAL SCREENING SOLUTIONS INC | 6430 SOUTH FIDDLERS GREEN CIRCLE SUITE 500 GREENWOOD VILLAGE, CO 80111 UNITED STATES | UNITED STATES | GREEN, CASEY B | Yes | 1 |

## Docket Entries

| Seq. | | Filing Date | Docket Type | Docket Text | Sealed | Filing ID |
|---|---|---|---|---|---|---|
| 0 | | 1/23/2018 | Summons Civil Action | | No | 11619802 |
| 1 | | 1/23/2018 | Attorney To Proceed In Forma Pauperis | | No | 11619803 |
| 2 | E | 5/9/2018 | Notice of Removal | WITH SERVICE ON 05/09/2018 | No | 11770715 |
| 3 | | 5/16/2018 | Papers forwarded to | US EASTERN DISTRICT COURT VIA CERTIFIED MAIL 7017 1000 0000 5885 7706 ON CD AS PER ORDER | No | 11783401 |

Case 2:18-cv-01921-AB   Document 6   Filed 05/18/18   Page 4 of 5
2018-01052-0003 Papers forwarded to, Page 4
Case 2:18-cv-01921-AB   Document 4   Filed 05/14/18   Page 1 of 1

2018-01052

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERTO MENDOZA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRANSUNION RENTAL SCREENING SOLUTIONS, INC. | : | NO. 18-1921 |

### ORDER

**AND NOW**, this 9th Day of May, 2018, it appearing that the matter labeled Mendoza v. Transunion Rental Screening Solutions, Inc., Case Number 2018-01052 was removed from the Court of Common Pleas of Montgomery County, Pennsylvania to this court, and

It further appearing that all records and proceedings in the above-captioned matter from the Court of Common Pleas of Montgomery County, Pennsylvania must be filed with this court pursuant to 28 U.S.C. §1447, and

It further appearing that the Prothonotary of the Court of Common Pleas of Montgomery County, Pennsylvania, has requested permission to submit the aforesaid records in electronic format, and

It further appearing that this court has determined that submission of the aforesaid records in electronic format should be approved, it is hereby

**ORDERED** that the Prothonotary of the Court of Common Pleas of Montgomery County, Pennsylvania, may submit the aforesaid records to the Clerk of this Court in electronic format, so that they can be filed in the above-captioned matter.

BRODY, J.

Copies via ECF on:


