2018-04052-0001
MAIL RECEIVED
PROTHONOTARY
MONTGOMERY COUNTY

2018 JAN 23  A 11: 16

IN THE COURT OF COMMON PLEAS
OF MONTGOMERY COUNTY, PENNSYLVANIA
CIVIL ACTION-LAW

Roberto Mendoza                                    :
447 E Airy Street                                  :
Norristown, PA 19401-5124                          :
                                Plaintiff          :      2018 - 01052
                                                   :
v.                                                 :
TransUnion Rental Screening Solutions, Inc.        :
6430 South Fiddlers Green Circle, Suite 500        :
Greenwood Village, CO 80111                        :
                                Defendant(s)  :

### PRECIPE TO PROCEED IN FORMA PAUPERIS PURSUANT TO PENNSYLVANIA RULE OF CIVIL PROCEDURE 240

To:  The Prothonotary:

Kindly waive the filing fee in the above captioned matter.  Counsel has agreed to provide legal services to the Plaintiffs at no up front charge to Plaintiff.  No funds have been paid by the Plaintiff to counsel in the above captioned matter.    Pursuant to the fee shifting provisions of 15 USC 1681 et. seq., Defendant shall be charged counsel fees.


Vicki Piontek                    1-17-18
Vicki Piontek, Esquire                Date
Supreme Court ID Number 83559
Attorney for Plaintiff
951 Allentown Road
Lansdale, PA  19446
877-737-8617
Fax: 866-408-6735
palaw@justice.com



2018-01052-0001   1/23/2018 8:44 AM  # 11619803
Rcpt#Z3312463  Fee:$0.00  Attorney To Proceed In Forma
Main (Public)
MontCo Prothonotary

