## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

---

ROBERTO MENDOZA,                                  CASE NO.  2:18-cv-01921-AB
        Plaintiff,

   vs.

TRANSUNION RENTAL SCREENING
SOLUTIONS, INC.,
        Defendant.

---

### JOINT NOTICE OF SETTLEMENT

---

     Plaintiff, Roberto Mendoza, by counsel, and Defendant, Trans Union Rental Screening Solutions, Inc. ("Trans Union"), by counsel, hereby inform this Court that Plaintiff and Trans Union have reached a settlement as to all matters raised by Plaintiff against Trans Union *only* in this action.  Accordingly, the parties request that the Status Conference, currently scheduled for July 17, 2018 at 11:00 AM, be canceled or otherwise rescheduled. Plaintiff and Trans Union anticipate submitting the appropriate dismissal documents shortly, once the settlement is consummated.

Date: July 13, 2018 	Respectfully submitted,

*/s/ Vicki Piontek, Esq.  (with consent)*
Vicki Piontek, Esq.
951 Allentown Road
Lansdale, PA. 19446
Telephone: 215-290-6444
E-Mail: vicki.piontek@gmail.com

*Counsel for Plaintiff Roberto Mendoza*

Date: July 13, 2018 	*/s/ Katherine E. Carlton Robinson*
Katherine E. Carlton Robinson, Esq.
(admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  krobinson@schuckitlaw.com

*Lead Counsel for Defendant TransUnion Rental Screening Solutions, Inc.*

Casey B. Green, Esq.
Sidkoff, Pincus & Green, P.C.
2700 Aramark Tower
1101 Market Street
Philadelphia, PA  19107
Telephone:  (215) 574-0600
Fax:  (215) 574-0310
E-Mail:  cg@sidkoffpincusgreen.com

*Local Counsel for Defendant TransUnion Rental Screening Solutions, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **13th day of July, 2018**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Vicki Piontek, Esq. Vicki.piontek@gmail.com | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **13th day of July, 2018**, properly addressed as follows:

| None | |
|---|---|

/s/ Katherine E. Carlton Robinson
Katherine E. Carlton Robinson, Esq.
(admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  krobinson@schuckitlaw.com

*Counsel for Defendant TransUnion Rental Screening Solutions, Inc.*